# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --             )
            )
TENICA and Associates LLC      )     ASBCA No. 61783
            )
Under Contract No. W9133L-14-C-0037    )

APPEARANCES FOR THE APPELLANT:       Isaias Cy Alba IV, Esq.
                                       Ambika J. Biggs, Esq.
                                       Jacqueline K. Unger, Esq.
                                       Timothy F. Valley, Esq.
                                        PilieroMazza PLLC
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                         Army Chief Trial Attorney
                                         MAJ Felix S. Mason, JA
                                         Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 12, 2019

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61783, Appeal of TENICA and Associates LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals